IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:17-CR-139-FL

UNITED STATES OF AMERICA :

v. :

STANLEY L. RIOS :

FILED IN OPEN COURT
ON 7/11/2018 /MC
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

## ORDER OF FORFEITURE

WHEREAS, pursuant to the entry of a Memorandum of Plea Agreement by the defendant on April 10, 2018, and further evidence of record and as presented by the Government, the Court finds that the following property is hereby forfeitable pursuant to 18 U.S.C. § 924(d)(1), made applicable to this proceeding by virtue of 28 U.S.C. § 2461(c), as a firearms and ammunition used in knowing violations of 18 U.S.C. § 922(g)(1) and 924, to wit:

- 7.62 Radical Arms AR-15, bearing serial number RD01194 and all related ammunition;

- Smith and Wesson model Sd40ve .40 caliber handgun, bearing serial number HEE1038, and all related ammunition; and

- Approximately 804 rounds of ammunition seized from 162 Carver Drive, Lot 11, Midway Park, North Carolina, on October 4, 2017;

AND WHEREAS, by virtue of said Memorandum of Plea Agreement, the United States is now entitled to possession of said personal

1

property, pursuant to Fed. R. Crim. P. 32.2(b)(3);

It is hereby ORDERED, ADJUDGED and DECREED:

1. That based upon the Memorandum of Plea Agreement as to the defendant STANLEY L. RIOS, the United States is hereby authorized to seize the above-stated personal property, and it is hereby forfeited to the United States for disposition in accordance with the law, including destruction, as allowed by Fed. R. Crim. P. 32.2(b)(3). In accordance with Fed. R. Crim. P. 32.2(b)(4)(A), this Order is now final as to the defendant.

2. That upon sentencing and issuance of the Judgment and Commitment Order, the Clerk of Court is directed to incorporate a reference to this Order of Forfeiture in the applicable section of the Judgment, as required by Fed. R. Crim. P. 32.2(b)(4)(B).

The Clerk is hereby directed to send copies of this Order to all counsel of record.

SO ORDERED. This 11th day of July, 2018.

_____
LOUISE W. FLANAGAN
United States District Judge